CENTER FOR DISABILITY ACCESS
Russell Handy, Esq., SBN 195058
Phyl Grace, Esq., SBN 17177
Dennis Price, SBN 279082
Mary Melton, Esq., SBN 164407
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com
Attorneys for Plaintiff

DANIEL F. REIDY (SBN: 74941)
dfreidy@pacbell.net
LAW OFFICES OF DANIEL F. REIDY
270 Blair Mine Road
Mailing Address: P. O. Box 760
Angels Camp, CA 95222
Telephone: (209) 736-0712
Facsimile: (209) 736-0714
Attorney for Defendants
ACHF Kaplan L.P. and ACHF Kaplan LLC

ARI J. LAUER (SBN: 144017)
alauer@lauerlaw.com
LAW OFFICES OF ARI J. LAUER
2125 Oak Grove Road, Suite 210
Walnut Creek, CA 94598
Telephone: (925) 933-7012
Facsimile: (925) 933-7017
Attorney for Defendant
M & N Tire & Auto, LLC

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>  Plaintiff,<br>v.<br><br>ACHF KAPLAN L.P., a California Limited Partnership;<br>ACHF KAPLAN LLC, a California Limited Liability Company;<br>M & N TIRE & AUTO, LLC, a California Limited Liability Company; and Does 1-10,<br><br>  Defendants. | Case: 4:17-CV-04173-KAW<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |

IT IS SO ORDERED
*Kandis Westmore*
Judge Kandis Westmore

## STIPULATION

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: October 31, 2017     CENTER FOR DISABILITY ACCESS

By: _/s/ Phyl Grace_____
    Phyl Grace
    Attorneys for Plaintiff

Dated: 10/24/2017     LAW OFFICES OF DANIEL F. REIDY

By: ___*/s/ Daniel F. Reidy*____
    Daniel F. Reidy
    Attorney for Defendants
    ACHF Kaplan L.P. and ACHF Kaplan LLC

Dated: October 31, 201     LAW OFFICES OF ARI J. LAUER

By: _/s/ Ari J. Lauer_____
    Ari J. Lauer
    Attorney for Defendant
    M & N Tire & Auto, LLC

## SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to Daniel F. Reidy and Ari J. Lauer, counsel's for ACHF Kaplan L.P., ACHF Kaplan LLC and M & N Tire & Auto, LLC, respectively, and that I have obtained Mr. Reidy's and Mr. Lauer's authorization to affix their electronic signature to this document.

Dated: October 31, 2017         CENTER FOR DISABILITY ACCESS

                                By: __/s/ Phyl Grace_____
                                    Phyl Grace
                                    Attorneys for Plaintiff